1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff  STEVEN R. CARLSON
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                         **SACRAMENTO DIVISION**
10

11
   STEVEN R. CARLSON,                )  Case No.:  2:16-CV-01484 CKD
12                                    )
            Plaintiff,                )  STIPULATION TO EXTEND
13                                    )  BRIEFING SCHEDULE
        vs.                           )
14                                    )
   NANCY A. BERRYHILL, Acting         )
15                                    )
   Commissioner of Social Security,   )
16                                    )
            Defendant                 )
17  _____  )

18
        TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE
19
   JUDGE OF THE DISTRICT COURT:
20
        Plaintiff Steven R. Carlson ("Plaintiff") and defendant Nancy A. Berryhill,
21
   Acting Commissioner of Social Security ("Defendant"), through their undersigned
22
   counsel of record, hereby stipulate, subject to the approval of the Court, to extend
23
   the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand
24
   to March 1, 2017; and that Defendant shall have until March 31, 2017, to file his
25
   opposition.  Any reply by plaintiff will be due April 21, 2017.
26

                                       -1-

1 An extension of time for plaintiff is needed.  As the Court is aware, Plaintiff's Spouse recently passed away.  Due to the press of the holidays and the need to find a caregiver and the required time to acclimate his children to his absence to meet his professional obligations, Counsel requires the additional time to prepare and file his Motion for Summary Judgment or Remand.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 30, 2017  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  January 30, 2017  BENJAMIN WAGNER
United States Attorney


*/S/- Sundeep Patel

_____
Sundeep Patel
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including March 1, 2017, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to March 31, 2017
4 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due
5 April 21, 2017.
6    IT IS SO ORDERED.

7
8 Dated:  February 1, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE