Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  STEVEN R. CARLSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN R. CARLSON, | Case No.:  2:16-CV-01484 CKD |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting | |
| Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Steven R. Carlson ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March 29, 2017; and that Defendant shall have until April 28, 2017, to file his opposition.  Any reply by plaintiff will be due May 19, 2017.

-1-

As the Court is aware, after a 5 year battle with terminal stage 4 cancer Plaintiff's Spouse passed away on September 30, 2016.  The aftermath of this traumatic event on both Counsel and his 9 year old son and 7 year old daughter was immeasurable.  Compounding the impact of this loss is the fact that Counsel's spouse was a former employee at Counsel's Law Firm and her death was far reaching in its impact on Counsel's professional life as well.  Due to the death, the subsequent holiday period, and the need to find a permanent caregiver and the required time to acclimate his children to that presence during his absence to meet his professional obligations, Counsel requires the additional time to prepare and file Plaintiff's Motion for Summary Judgment or Remand.

Counsel for plaintiff does not anticipate this extraordinary request for more time to become the rule and recognizes it is the extraordinary exception and sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

///
///
///
///
///
///
///
///
///
///
///
///

DATE: March 8, 2017                    Respectfully submitted,

                                       LAW OFFICES OF LAWRENCE D. ROHLFING

                                          /s/ *Steven G. Rosales*
                                       BY: _____
                                       Steven G. Rosales
                                       Attorney for plaintiff

DATED:  March 8, 2017                  BENJAMIN WAGNER
                                       United States Attorney


                                       */S/- Sundeep Patel


                                       _____
                                       Sundeep Patel
                                       Special Assistant United States Attorney
                                       Attorney for Defendant
                                       [*Via email authorization]


IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and

including March 29, 2017, in which to file Plaintiff's Motion for Summary

Judgment or Remand; Defendant may have an extension of time to April 28, 2017

to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due

May 19, 2017.

        IT IS SO ORDERED.

Dated:  March 10, 2017

                                       _____
                                       CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE