UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CARLSON,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No. 2:16-cv-1484 CKD<br><br><br>ORDER |

Plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution. Plaintiff has responded to the order to show cause.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 19) is discharged.

2. Plaintiff is granted an extension of time, to and including April 24, 2017, in which to file Plaintiff's Motion for Summary Judgment or Remand.

3. Opposition, if any, shall be filed by May 24, 2017.

4. Reply, if any, shall be filed by May 31, 2017.

Dated: April 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 carlson1484.ss.osc.dis

1